JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON LAVERGNE, JR., | Case No. EDCV 12-2172-DOC (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

     Pursuant to the Order Accepting the Final Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  November 18, 2015

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE